W. L. JOYCE v. ALVIN W. JOYCE *et al.* No. 12,403. (69 Pac. 1127.) Error from Miami district court. Opinion filed June 7, 1902. Division one. *Reversed.* Frank M. Sheridan, for plaintiff in error. J. E. Maxwell, for defendants in error.

PAULINA R. CROUSE v. HANNAH BROWN *et al.* No. 12,647. (69 Pac. 165.) Error from Elk district court. Opinion filed June 7, 1902. Division one. *Dismissed.* J. A. McHenry, for plaintiff in error. John Marshall, for defendants in error.

THE STATE OF KANSAS, *ex rel.*, v. THE NEW HAVEN TOWN COMPANY *et al.* No. 12,671. (69 Pac. 1129.) Error from Reno District court. Opinion filed June 7, 1902. Division two. *Affirmed.* Carr W. Taylor, county attorney, J. U. Brown, Geo. A. Vandeveer, and F. L. Martin, for The State. Prigg & Williams, for defendants in error.

S. J. NEEL v. CATHERINE NEEL *et al.* No. 12,673. (69 Pac. 162.) Error from Lincoln district court. Opinion filed June 7, 1902. Division two. *Affirmed.* David Ritchie, and George D. Abel, for plaintiff in error. C. J. Evans, and C. B. Daughters, for defendants in error.

ORLANDO V. SMALL v. A. F. EDWARDS, *as Sheriff, etc.* No. 12,677. (69 Pac. 165.) Error from the Labette district court. Opinion filed June 7, 1902. Division two. *Dismissed.* Kimball & Osgood, for plaintiff in error. W. S. Hyatt, and Catherine S. Hyatt, for defendant in error.

W. R. HAZEN v. D. H. BRANAMAN *et al.* No. 12,694. (69 Pac. 1127.) Error from Shawnee district court. Opinion filed June 7, 1902. Division two. *Dismissed.* Vance & Campbell, and H. W. Page, for plaintiff in error. Stebbins & Evans, for defendants in error.

THE CHERRYVALE WATER COMPANY v. THE CITY OF CHERRYVALE. No. 12,737. (69 Pac. 176.) Error from Montgomery district court. Opinion filed June 7, 1902. *In banc. Dismissed.* Albert L. Wilson, for plaintiff in error. J. F. Bellamy, and T. N. Sedgwick, for defendant in error.

THE MANUFACTURERS' NATIONAL BANK OF PITTSBURG v. H. F. ADSIT. No. 11,958. (69 Pac. 1128.) Error from Crawford district court. Opinion filed July 5, 1902. Division one. *Affirmed.* W. C. Perry, and T. J. Widby, for plaintiff in error. P. P. Campbell, J. M. Wayde, J. J. Campbell, B. S. Gaitskill, and W. D. Rusk, for defendant in error.

THE STATE OF KANSAS v. JAMES (*alias* JACK) DOWNING. No. 12,007. (69 Pac. 1129.) Appeal from Chautauqua district court. Opinion filed July 5, 1902. Division one. *Affirmed.* A. A. Godard, attorney-general, J. S. West, and D. E. Rathbun, county attorney, for The State. Nichols & Brooks, and T. N. King, for appellant.

CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY v. MARY I. DURAND *et al.* No. 12,729. (69 Pac. 1126.) Error from Sedgwick district court. Opinion filed July 5, 1902. *In banc. Reversed.* M. A. Low, W. F. Evans, and Stanley, Vermilion & Evans, for plaintiff in error. Houston & Brooks, for defendants in error.